**ORIGINAL**

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_VERLin ALEXANDER_
Plaintiff

v.
_RUTH ANN MINNER, GOVERNOR_
_CARL DANBERG, ATTORNEY GENERAL_
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

07-41

CASE NUMBER: 07-43

I, _VERLin ALEXANDER_ declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant        • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under
28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

FILED

JUL 16 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?        ☒ Yes        • •No        (If "No" go to Question 2)

    If "YES" state the place of your incarceration _DELAWARE CORRECTIONAL CENTER_

    **Inmate Identification Number (Required):** _SBI # O98778_

    Are you employed at the institution? _NO_ Do you receive any payment from the institution? _NO_

    _Attach a ledger sheet from the institution of your incarceration showing at least the past six months'
    transactions_

2.  Are you currently employed?        • • Yes        ☒No

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a
        and give the name and address of your employer.

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home
        salary or wages and pay period and the name and address of your last employer. _OCTOBER 2006,_
        _$300.00 wk., BURGER King, FRANKFUKT + ROBINS AVE., PHILA., PA. 19124_

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | • • Yes | ☒ No |
    | b. | Rent payments, interest or dividends | • • Yes | ☒No |
    | c. | Pensions, annuities or life insurance payments | • • Yes | ☒No |
    | d. | Disability or workers compensation payments | • • Yes | ☒No |
    | e. | Gifts or inheritances | • • Yes | ☒No |
    | f. | Any other sources | • • Yes | ☒No |

    If the answer to any of the above is "YES" describe each source of money and state the amount
    received _AND_ what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?          • • Yes      ☒ No

    If "Yes" state the total amount  $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
    valuable property?

                                                                  • • Yes      ☒ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and
    indicate how much you contribute to their support, *OR* state *NONE* if applicable.

    CRYSTAL SmiTH, wiFe-To-Be
    I       k    ,Son
    $ 800.00 wk

    I declare under penalty of perjury that the above information is true and correct.

    JANUARY 17, 2007          _Uulin Alyund_____
          DATE                          SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**

# ORIGINAL

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

**TO:** _Verlin Alexander_   SBI#: _098178_

**FROM:** _Stacy Shane, Support Services Secretary_

**RE:** _6 Months Account Statement_

**DATE:** _June 15, 200_

07-41

FILED

JUL 16 2007

RGem
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Attached are copies of your inmate account statement for the months of_
_December 1, 2006_ to _May 31, 200_ .

_The following indicates the average daily balances._

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| Dec | 0 |
| Jan | 0 |
| Feb | 0 |
| March | 0 |
| april | 0 |
| May | 0 |

**Average daily balances/6 months:** _0_

**Attachments**
**CC:** _File_

_Stacy Shane_
6/15/07

_Jeanette L Havel_
6/15/07

# Individual Statement - No Transactions This Month

Date Printed: 6/15/2007

## For Month of December 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|-----|-----------|------------|-----|--------|------------------|
| 00098778 | ALEXANDER | VERLIN | J | | |

**Current Location:** PT

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** $0.00

# Individual Statement – No Transactions This Month

Date Printed: 6/15/2007                                                                                              Page 1 of 1

## For Month of January 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|-----|-----------|------------|----|--------|------------------|
| 00098778 | ALEXANDER | VERLIN | J | | |

**Current Location:**   PT

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|
| **Total Amount Currently on Medical Hold:** | | $0.00 | | | | |
| **Total Amount Currently on Non-Medical Hold:** | | $0.00 | | | | |

# Individual Statement - No Transactions This Month

Date Printed: 6/15/2007                                                                Page 1 of 1

## For Month of February 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|-----|-----------|------------|-----|--------|------------------|
| 00098778 | ALEXANDER | VERLIN | J | | |

**Current Location:** PT

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** $0.00

# Individual Statement - No Transactions This Month

## For Month of March 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|-----|-----------|------------|-----|--------|------------------|
| 00098778 | ALEXANDER | VERLIN | J | | |
| **Current Location:** | PT | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|
| Total Amount Currently on Medical Hold: | | $0.00 | | | | |
| Total Amount Currently on Non-Medical Hold: | | $0.00 | | | | |

NAME: _VERLIN ALEXANDER_
PRE-TRIAL ANNEX
SBI # 93273    ENTR. BAY 17
DELAWARE CORRECTION CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 1997



To: The UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE, LOCK BOX 18
OFFICE OF THE CLERK
844 NORTH KING STREET
WILMINGTON, DELAWARE
19801

