(Rev. 5/05)

## FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) VERLIN J. ANDERSON SBI# 098778  ALEXANDER
    (Name of Plaintiff)      (Inmate Number)

HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 East 12Th Street
Wilmington, DELAWARE 19809
    (Complete Address with zip code)

    **0 7 - 4 1**

(2)_____
    (Name of Plaintiff)      (Inmate Number)

    (Case Number)
    ( to be assigned by U.S. District Court)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

    **CIVIL COMPLAINT**

(1) RUTH ANN MINNER, Governor

(2) CARL DANBERG, Attorney General

    •  • Jury Trial Requested

(3)_____
    (Names of Defendants)

    **FILED**

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

    **JAN 1 9 2007**

    U.S. DISTRICT COURT
    DISTRICT OF DELAWARE

## I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

No

_____

_____

_____

_____

_____

_____

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?   • • Yes   • • No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?   • • Yes   • • No          EXTRADITION IS A FEDERAL QUESTION

C.    If your answer to "B" is <u>Yes</u>:          PURSUANT TO CUYLER V. ADAMS, 101 S.Ct. 703
                                                                              (1981)

1.    What steps did you take? _____

_____

2.    What was the result? _____

_____

D.    If your answer to "B" is <u>No</u>, explain why not: _____

_____

## III.    DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: RUTH ANN MINNER

Employed as GOVERNOR          at State of Delaware

Mailing address with zip code: Tatnall Building, 150 William Penn Street,

2nd Floor, Dover, DE 19901

(2) Name of second defendant: CARL DANBERG

Employed as ATTORNEY GENERAL at State of Delaware

Mailing address with zip code: ~~Tatnall Building, 150~~ Carvel State Office

Building, 820 N. French Street, 7TH Floor, Wilmington, DE 19801

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Under 42 U.S.C. § 1983, Delaware State Officials violated the Terms of the Uniform Criminal Extradition Act, Plaintiff was entitled to procedural protections of that Act, pursuant to

2. Maine v. Thiboutot, 448 U.S. 1, 100 S.Ct. 2502, 65 L. Ed. 2d 555 (1980), when Plaintiff was Extradited from Pennsylvania to Delaware by Delaware State Officials knowing that they were in violation of the Time procedure

3. by waiting to October 2006 to Extradite Plaintiff after making a December 2005 Requisition.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. One Thousand Dollars for each day spent in Delaware incarcerated.

3

2. _____

_____

_____

_____

_____

3. _____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __17th__ day of __JANUARY__ , 2007 .

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



Mr. Verlin Alexander SBI# 098778
Howard R. Young Correctional Institution
1301 E. 12th Street
Wilmington, DE 19809

U.S.
X-RAY

OFFICE OF THE CLERK
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801 - 3570