IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERLIN ALEXANDER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOVERNOR RUTH ANN MINNER )<br>ATTORNEY GENERAL CARL DANBERG )<br>)<br>Defendants. | Civil Action No. 07-41 JJF |

**AUTHORIZATION**

I, Verlin Alexander, SBI #098778, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $14.00 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated February 7, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.



FILED
MAR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BP scanned

_____
Signature of Plaintiff

Mr Verlin Alexander
SBI # 098778
Howard R. Young Correctional Inst.
1301 East 12th Street
Wilmington, Delaware 19809

Office of the Clerk
United States District Court
844 North King Street
Lockbox 18
Wilmington, Delaware 19801

WILMINGTON DE 197
09 MAR 2007 PM 1 L