OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 26, 2007

TO:   Verlin Alexander
      SBI# 098778
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

   **RE:  U.S. Marshal 285 Forms**
   *Civ. No.* **07-41 and 07-443(JJF)**

Dear Mr. Alexander:

   Please be advised that this office has received all required U.S. Marshal 285 forms and courtesy copies in the above referenced case.

   Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

   Please disregard the notice of case assignment dated 7/25/07 to Judge Joseph J. Farnan , Jr. in CA 07-443. This case was opened erroneously. All documents have been included in CA 07-41.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                       Sincerely,


/ead                                   PETER T. DALLEO
                                       CLERK

cc:   The Honorable Joseph J. Farnan, Jr.
      U.S. Marshal
      Pro Se Law Clerk