| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN  07-41 JJF<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>VERLIN J. ALEXANDER | COURT CASE NUMBER<br>ID# 0511011555-1:07-cv-41 |
|---|---|
| DEFENDANT<br>RUTH ANN MINNER / GOVERNOR / STATE OF DELAWARE | TYPE OF PROCESS<br>O/C |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
RUTH ANN MINNER / GOVERNOR / STATE OF DELAWARE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT TATNALL BUILDING, 150 WILLIAM PENN STREET, 2nd FLOOR, DOVER, DEL. 19901

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

VERLIN J. ALEXANDER
SBI # 098778
HOWARD R. YOUNG CORRECTIONAL INST.
1301 EAST 12TH STREET
WILMINGTON, DEL. 19809

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FORMA PAUPERIS

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 5-15-07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No.: 
District to Serve No.: 
Signature of Authorized USMS Deputy or Clerk: BF
Date: 8/22/07

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Dawn Marra, Paralegal

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 8/22/07
Time: 11:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

2007 AUG 23 AM 9:58
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)