IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VERLIN ALEXANDER
-V-
RUTH ANN MINNER
  GOVERNOR, DELAWARE
CARL DANBERG
  ATTORNEY GENERAL, DELAWARE
DEFENDANT'S

C.A. NO. 07-041-JJF



FILED
SEP 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Bb scanned

To: Judge Joseph J. Farnan, Jr.

Your Honor, I apologize for any interruption on my behalf; but I thought that you might like a copy of the document that I recieved in the mail on September 9, 2007

Also if I may at this time, inquire about the Habeas Corpus case that is in your hands and was suppose to be answered by June 15, 2007 as you commanded; but has not as of yet, as far as I know.

I am asking, if you please, is there anyway that you may enlighten me on what is going on in the above mentioned Habeas Corpus case.

I APPRECIATE ANY RESPONSE THAT YOU MAY BE ABLE TO RESPOND TO, ON MY BEHALF

                                        Respectfully Submitted
                                        Verlin Alexander

DATED: Sept. 10, 2007            _Verlin Alexander_
                                        SBI. # 098778
                                        B-Building, Annex
1 OF 4                                  Dorm 1-8-Bottom
                                        Delaware Correctional Center
                                        1181 Paddock Road
Awaiting Response              Smyrna, Delaware 19977

FM Verlin Alexander
SBI# 098778   B-Building, Annex
UNIT DORM 1-8-Bottom
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
11 SEP 2007 PM 1 L

U.S.M.S.
X-RAY

Judge Joseph J. Farnan, Jr.
c/o Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERLIN ALEXANDER, | : |
| Plaintiff, | : |
| v. | : C.A.No. 07-041-JJF |
| RUTH ANN MINNER, GOVERNOR, DELAWARE, | : |
| CARL DANBERG, ATTORNEY GENERAL, DELAWARE | : TRIAL BY JURY DEMANDED |
| Defendants. | : |

## ANSWER

Defendants, by and through their attorney, answer the civil complaint form as follows:

IV.     Statement of claim. - Defendants are without sufficient information to form a belief as to the truth of these paragraphs.

### First Defense

1.     The complaint fails to state a legal claim for which relief can be granted.

### Second Defense

2.     The plaintiff has failed to properly exhaust his administrative remedies as required by law.

### Third Defense

3.     The matter is in whole, or in part, time barred under the appropriate statute of limitation, or repose or by some administrative time requirement.

### Fourth Defense

4. The matter is barred by the Eleventh Amendment to the U.S. Constitution.

### Fifth Defense

5. The district court lacks jurisdiction under Art. III, § 2, clause 2.

### Sixth Defense

6. The complaint should be dismissed as service of process was improper or insufficient.

### Seventh Defense

7. The Court lacks personal jurisdiction over defendants and the complaint should be dismissed.

WHEREFORE, the defendants ask for judgment in their favor for all that is just and proper, including dismissal of the action and assessment of costs against the plaintiff.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski (# 2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8324
marc.niedzielski@state.de.us

DATED: September 7, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 7, 2007, he caused two (2) copies of the attached document to be served on the following person by regular U.S. Mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

Verlin Alexander
SBI  098778
DCC
1181 Paddock Road
Smyrna, DE  1977

                              STATE OF DELAWARE
                              DEPARTMENT OF JUSTICE

                              /s/ Marc P. Niedzielski
                              Marc P. Niedzielski, I.D. #2616
                              Deputy Attorney General
                              Carvel State Office Building
                              820 N. French Street, 6th Floor
                              Wilmington, DE 19801
                              (302) 577-8400
                              Attorney for Defendants

## U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered by Niedzielski, Marc on 9/7/2007 at 1:25 PM EDT and filed on 9/7/2007

**Case Name:** Alexander v. Minner et al
**Case Number:** 1:07-cv-41
**Filer:** Carl Danberg
Ruth Ann Minner

**Document Number:** 10

**Docket Text:**
ANSWER to Complaint by Ruth Ann Minner, Carl Danberg.(Niedzielski, Marc)

**1:07-cv-41 Notice has been electronically mailed to:**

Marc P. Niedzielski    marc.niedzielski@state.de.us, Jennifer.Mitchell@state.de.us

**1:07-cv-41 Notice has been delivered by other means to:**

Verlin Alexander
SBI# 098778
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=9/7/2007] [FileNumber=441081-0]

[7cee3fb7a0b78b094a142b998ff6147144cb1a11a55982a541cf3ff542acec3f4249b
91dec4d3ded0e2191cbb02775e61edee8b1f3f1b09265d6aba0e3461e82]]